STATE OF NEW JERSEY v. RALPH PICARDO.

November 22, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RALPH PICARDO.

November 22, 1977. Cross Petition for certification denied.

CENTRAL SUSSEX LAND CORPORATION v.
BOARD OF ADJUSTMENT OF THE TWP. OF HAMPTON.

November 22, 1977. Petition for certification denied.

SUSAN TRIMBLETT v. THE STATE OF NEW JERSEY.

ANTOINETTE L. ZAJAZKOWSKI v.
DEPARTMENT OF ENVIRONMENTAL PROTECTION.

November 22, 1977. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF
A JUVENILE, A. L. F.

November 22, 1977. Petition for certification denied.

STATE IN THE INTEREST OF G. L.

November 22, 1977. Petition for certification denied.